

November 21, 2022

**Via ECF**
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 6B
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: *Habeeb Ahmad v. NYU Langone Health System., et al.*
Docket No: 1:22-cv-01248-JLR

Dear Judge Gorenstein:

This firm represents the Plaintiff in the above-referenced matter. We write jointly with Defendants pursuant to Your Honor's directive to meet and confer concerning the utility of a settlement conference at this early juncture, given the Parties' respective settlement positions.

After discussing the matter with Defendants, the Parties realize that a settlement conference would not likely be productive at this time. Therefore, the Parties respectfully request that the conference be adjourned *sine die*. Your Honor's consideration of the above is greatly appreciated.

Respectfully Submitted,
**DEREK SMITH LAW GROUP, PLLC**

   /s/ Daniel Altaras
Daniel J. Altaras, Esq.

cc: All Counsel of Record (Via ECF)

---

The settlement conference scheduled for November 28, 2022, is adjourned sine die. The parties shall file a letter to the undersigned as soon as both sides are prepared to participate in such a conference. The letter shall suggest mutually convenient dates for the rescheduled conference.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 21, 2022

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com