UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HABEEB AHMAD,<br><br>                     Plaintiff,<br><br>-against-<br><br>NYU LANGONE HEALTH SYSTEM, NYU GROSSMAN SCHOOL OF MEDICINE, SCOTT MELLYNCHUK, and DOUG LAZZARO,<br><br>                     Defendants. | Case No. 1:22-cv-01248 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the parties' February 11, 2025 hearing before the Court, Defendants' Motion for Summary Judgment, Dkt. 77, is GRANTED in part and DENIED in part. The motion is GRANTED with respect to Count 9 (Interference) and DENIED as to all other Counts. Plaintiff's retaliation claims may proceed only insofar as they are based on Plaintiff's termination, and not on the overpayment letters or Defendants' offer to reduce Plaintiff's employment responsibilities for a commensurate pay deduction.

      In addition, Defendants' Motion to Preclude Plaintiff's Proposed Expert Testimony, Dkt. 81, is GRANTED in part and DENIED in part. The Court will not exclude the testimony of Plaintiff's experts in their entirety, but Plaintiff's experts may not testify to legal conclusions regarding Plaintiff's underlying claims, nor may Gluck testify to damages stemming from anticipated lost NYU tuition.

      The parties shall file a joint status letter no later than March 18, 2025, informing the Court of the status of the parties' mediation and/or settlement discussions. Should the parties not settle by that date, the parties' pretrial submissions shall be due to the Court no later than April 15, 2025, and the parties shall propose mutually agreeable dates for trial in their joint letter.

The Clerk of Court is respectfully directed to terminate the pending motions at Dkts. 77 and 81.

Dated: February 11, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge