UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HABEEB AHMAD,<br><br>                                   Plaintiff,<br><br>-against-<br><br>NEW YORK UNIVERSITY, SCOTT MELLYNCHUK, and DOUG LAZZARO,<br><br>                                   Defendants. | Case No. 1:22-cv-01248 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the Final Pretrial Conference ("FPTC") on July 9, 2025, it is hereby ORDERED that Plaintiff's Motion in Limine at Dkt. 123 is DENIED; Plaintiff's Motion to Amend at Dkt. 124 is GRANTED; Defendants' Motion in Limine at Dkt. 125 is GRANTED in part and DENIED in part; and Defendants' Motion to Quash at Dkt. 135 is GRANTED.

It is further ORDERED that no later than **July 16, 2025**, the parties shall file a joint letter, as discussed in more detail at the FPTC, regarding (1) stipulated trial evidence; (2) a good-faith updated witness list; (3) the availability of punitive damages against New York University; (4) further information and argument regarding PX 70 and 71, if necessary; (5) outstanding discovery disputes, if any, regarding Plaintiff's anticipated cooperative-dialogue claim under the New York City Human Rights Law.

It is further ORDERED that no later than **July 16, 2025**, the parties shall provide the Court with copies of replacement exhibits with agreed-upon redactions.

It is further ORDERED that NYU Langone Health System and NYU Grossman School of Medicine shall be terminated as Defendants. The Clerk of Court is respectfully directed to amend the case caption accordingly.

The Clerk of Court is further directed to terminate the motions at Dkts. 123, 124, 125, and 135.

Dated: July 9, 2025
  New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge