UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABEEB AHMAD,

                            Plaintiff,

-against-

NEW YORK UNIVERSITY, SCOTT MELLYNCHUK, and DOUG LAZZARO,

                            Defendants.

Case No. 1:22-cv-01248 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This Court having held a jury trial from July 22, 2025, to July 31, 2025, IT IS HEREBY ORDERED that the attached Court Exhibits be filed on the docket:

- Court Exhibit 1: Draft Voir Dire Questionnaire.
- Court Exhibit 2: Final Preliminary Jury Instructions.
- Court Exhibit 3: Final Voir Dire Questionnaire.
- Court Exhibit 4: Draft Verdict Form.
- Court Exhibit 5: Draft Verdict Form.
- Court Exhibit 6: Draft Jury Instructions.
- Court Exhibit 7: Draft Jury Instructions.
- Court Exhibit 8: Final Verdict Form.
- Court Exhibit 9: Final Jury Instructions.
- Court Exhibit 10: Jury Note.
- Court Exhibit 11: Excerpt of Trial Transcript in Response to Jury Note.
- Court Exhibit 12: Jury Note.
- Court Exhibit 13: Jury Note.

- Court Exhibit 14: Jury Note.

- Court Exhibit 15: Jury Note.

- Court Exhibit 16: Jury Note.

- Court Exhibit 17: Verdict Form Completed by the Jury.

Dated: August 1, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2