**Court Exhibit 8**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABEEB AHMAD,

                Plaintiff,

-against-

NEW YORK UNIVERSITY, SCOTT MELLYNCHUK, and DOUG LAZZARO,

                Defendants.

Case No. 22cv01248 (JLR)

JENNIFER L. ROCHON, United States District Judge:

## VERDICT FORM



EXHIBIT 17  7/31/2025

**Court Exhibit 8**

**All Jurors must agree unanimously on the answers to each question.**

**Question 1: Disability Discrimination Claim under the Americans with Disabilities Act (ADA)**

Did Plaintiff prove by a preponderance of the evidence that his disability was a determinative factor in New York University's decision to terminate him?

Yes _____     No ___✓_____

**Question 2: Disability Discrimination Claim under the New York State Human Rights Law (NYSHRL) and New York City Human Rights Law (NYCHRL)**

Did Plaintiff prove by a preponderance of the evidence that his disability was a motivating factor in the following Defendants' decision to terminate him? If you answer YES for either of the individual defendants, you must also answer YES for NYU.

a. New York University:     Yes __✓_____     No _____

b. Scott Mellynchuk:     Yes _____     No ___✓_____

c. Dr. Douglas Lazzaro:     Yes _____     No ___✓_____

**Question 3: Disability Discrimination Claim for Failure to Provide a Reasonable Accommodation under the Americans with Disabilities Act (ADA), New York State Human Rights Law (NYSHRL), and New York City Human Rights Law (NYCHRL)**

Did Plaintiff prove by a preponderance of the evidence that the following Defendants discriminated against Plaintiff by failing to reasonably accommodate his disability? If you answer YES for either of the individual defendants, you must also answer YES for NYU.

a. New York University:     Yes _____     No ___✓_____

b. Scott Mellynchuk:     Yes _____     No ___✓_____

c. Dr. Douglas Lazzaro:     Yes _____     No ___✓_____

**Question 4: Retaliation Claim under the Americans with Disabilities Act (ADA)**

Did Plaintiff prove by a preponderance of the evidence that New York University retaliated against him because Plaintiff's request for an accommodation was a determinative factor in its decision to terminate him?

Yes _____     No ___✓_____

**Question 5: Retaliation Claim under the New York State Human Rights Law (NYSHRL)**

Did Plaintiff prove by a preponderance of the evidence that the following Defendants retaliated against him because Plaintiff's request for an accommodation was a determinative factor in their decision to terminate him? If you answer YES for either of the individual defendants, you must also answer YES for NYU.

   a. New York University:        Yes _____        No ___✓___

   b. Scott Mellynchuk:           Yes _____        No ___✓___

   c. Dr. Douglas Lazzaro:        Yes _____        No ___✓___

**Question 6: Retaliation Claim under the New York City Human Rights Law (NYCHRL)**

Did Plaintiff prove by a preponderance of the evidence that the following Defendants retaliated against him because his request for an accommodation was a motivating factor in their decision to terminate him? If you answer YES for either of the individual defendants, you must also answer YES for NYU.

   a. New York University:        Yes _____        No ___✓___

   b. Scott Mellynchuk:           Yes _____        No ___✓___

   c. Dr. Douglas Lazzaro:        Yes _____        No ___✓___

**Question 7: Cooperative Dialogue Claim under New York City Human Rights Law (NYCHRL)**

Did Plaintiff prove by a preponderance of the evidence that the following Defendants failed to engage in a cooperative dialogue? If you answer YES for either of the individual defendants, you must also answer YES for NYU.

   a. New York University:        Yes ___✓___              No _____

   b. Scott Mellynchuk:           Yes ___✓___              No _____

   c. Dr. Douglas Lazzaro:        Yes ___✓___              No _____

*If you answered YES to any of Questions 1 to 7 above, please proceed to Question 8.*
*If you answered NO to all of Questions 1 to 7 above, your deliberations are finished and you should proceed to the last page of the Verdict Form (page 4) to sign the Verdict Form.*

2

**Question 8:**

(a) Did Plaintiff prove by a preponderance of the evidence that he is entitled to economic compensatory damages under the American with Disabilities Act (ADA), the New York State Human Rights Law (NYSHRL), or the New York City Human Rights Law (NYCHRL)?

Yes ✓   No _____

If yes, in what amount?   Back Pay:   $ 1.4 M
                          Front Pay:  $ 375,000

(b) Did Plaintiff prove by a preponderance of the evidence that he suffered emotional distress because of discrimination, failure to engage in a cooperative dialogue, or retaliation by the Defendants and is entitled to emotional distress damages?

Yes ✓   No _____

If yes, in what amount?   $ 2 M

(c) If you answered "NO" to Questions 8(a) and 8(b) and "YES" to any of Questions 1 to 7, you must award nominal damages in the amount of $1. **Do not answer Question 8(c) if you answered "YES" to either Question 8(a) or 8(b).**

$ _____

**Question 9:**

If you answered YES to any of Questions 1 to 7, did Plaintiff prove by a preponderance of the evidence that he is entitled to punitive damages against the following Defendants?

New York University:   Yes ✓   No _____
If yes, in what amount?   $ 250,000

Scott Mellynchuk:   Yes _____   No ✓
If yes, in what amount?   $ _____

Dr. Douglas Lazzaro:   Yes _____   No ✓
If yes, in what amount?   $ _____

*Please proceed to the last page (page 4)*

3

**You have completed all questions. Please proceed to the signature line below.**

**SIGNATURE LINE**

Foreperson, please sign and date the verdict sheet if it represents the unanimous verdict of all jurors. Then, without disclosing your verdict, advise the Marshal that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

_____*Maurin Blake Mercer*_____
Foreperson

Dated: _____7/31/25_____

4