UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HABEEB AHMAD,

                                      Plaintiff,

- against -

NYU LANGONE HEALTH SYSTEM, NEW YORK UNIVERSITY, SCOTT MELLYNCHUK and DOUG LAZZARO

                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR DEFENDANTS' MOTION PURSUANT TO FED. R. CIV. P. 50 AND 59**

No. 22 Civ. 1248 (JLR)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all the papers and proceedings herein, Defendants New York University, Scott Mellynchuk ("Mellynchuk"), and Doug Lazzaro ("Lazarro") (sometimes collectively "Defendants") will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rules 50 and 59, Federal Rules of Civil Procedure, granting judgment as a matter of law in favor of Defendant, or in the alternative, granting a new trial or remittitur of the judgment, and for such other and further relief as may be just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with order dated July 31, 2025, Plaintiff's papers in opposition to the motion are to be filed on or before September 18, 2025.

Dated:      New York, New York
              August 28, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-3177
dealexan@law.nyc.gov

By: _____/s/_____
Desiree Alexander
Assistant Corporation Counsel

TO:  Alexnander Cabaceiras. **(VIA ECF)**
*Attorney for Plaintiff*
Derek Smith Law Group, PLLC
1 Pennsylvania Plaza, Suite 4905
New York, NY 10119

No. 22 Civ. 1248 (JLR)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| HABEEB AHMAD,<br><br>                                             Plaintiff,<br>- against -<br><br>NYU LANGONE HEALTH SYSTEM, NYU GROSSMAN SCHOOL OF MEDICINE, SCOTT MELLYNCHUK and DOUG LAZZARO<br><br>                                            Defendants. |
| **NOTICE OF DEFENDANTS' MOTION PURSUANT TO FED. R. CIV. P. 50 and 59** |
| *MURIEL GOODE-TRUFANT*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, 2nd Floor*<br>*New York, New York 10007*<br><br>*Of Counsel:  Desiree Alexander*<br>*Tel: (212) 356-3177*<br>*Matter #:  2022-010819* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ......................................................... , 2025*<br><br>*................................................................................. , Esq.*<br><br>*Attorney for..............................................................................* |