UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABEEB AHMAD,

                Plaintiff,

-against-

NEW YORK UNIVERSITY, SCOTT MELLYNCHUK, and DOUG LAZZARO,

                Defendants.

Case No. 1:22-cv-01248 (JLR)

**JUDGMENT**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff has agreed in writing to accept a remittitur of the jury's damage award. Dkt. 173. Accordingly, Defendants' motion for a new trial pursuant to Rule 59(a) is denied. Dkt. 162. Defendants' motion for judgment notwithstanding the verdict pursuant to Rule 50(b) is granted in part and denied in part. *See* Dkt. 172. The Clerk of the Court is directed to enter judgment as follows:

    in favor of Defendants on Plaintiff's Americans with Disabilities Act ("ADA") claims;

    in favor of Defendants on Plaintiff's failure to provide a reasonable accommodation claims under the New York City Human Rights Law ("NYCHRL") and the New York State Human Rights Law ("NYSHRL");

    in favor of Defendants on Plaintiff's retaliation claims under the NYCHRL and the NYSHRL;

    in favor of Defendant Mellynchuck and Defendant Lazzaro on Plaintiff's disability discrimination claims under the NYCHRL and the NYSHRL;

    in favor of Plaintiff on his disability discrimination claims against Defendant New York University ("NYU") under the NYCHRL and the NYSHRL;

   in favor of Plaintiff on his cooperative dialogue claim against Defendants under the NYCHRL;

   in favor of Plaintiff in the amount of $1,400,000 in compensatory damages for backpay under the NYSHRL and NYCHRL against Defendant NYU, and under the NYCHRL against Defendant Mellynchuk and Defendant Lazzaro;

   in favor of Plaintiff in the amount of $150,000 in compensatory damages for front pay under the NYSHRL and NYCHRL against Defendant NYU, and under the NYCHRL against Defendant Mellynchuk and Defendant Lazzaro;

   in favor of Plaintiff in the amount of $1,000,000 in emotional-distress damages against Defendants; and

   in favor of Defendants on Plaintiff's request for punitive damages.

Dated: November 10, 2025
   New York, New York

               SO ORDERED.

               *Jennifer Rochon*
               JENNIFER L. ROCHON
               United States District Judge