

New York | Los Angeles | Philadelphia | Miami | New Jersey | San Francisco | San Diego | Washington, D.C.

December 17, 2025

*Via ECF*
The Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007-1312

   Re: *Habeeb Ahmad v. NYU*, et al., 1:22-cv-01248-JLR
     Notice of Settlement

Dear Judge Rochon,

  The parties have reached an agreement to settle in principle. As such, we ask that the Court stay all deadlines in the matter for 90 days, including the upcoming December 22, 2025, deadline for Plaintiff to submit a motion for fees and costs.

  We thank the Court for its consideration of this request.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**


*/s/ Alexander Cabeceiras*
Alexander G. Cabeceiras, Esq.
450 7th Avenue, Floor 30
New York, New York 10123