UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABEEB AHMAD,

                    Plaintiff,

        -against-

NEW YORK UNIVERSITY, SCOTT
MELLYNCHUK, and DOUG LAZZARO,

                    Defendants.

Case No. 1:22-cv-01248 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 17, 2025, the Court, at the parties' request, stayed this case through March 16, 2026 to permit the parties to finalize their settlement and to permit Plaintiff to submit a motion for fees and costs.  Dkt. 179.  Accordingly, the parties are ordered to submit a joint status letter by **March 19, 2026**.

Dated: March 17, 2026
       New York, New York

                            SO ORDERED.

                            _____

                            JENNIFER L. ROCHON
                            United States District Judge