UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABEEB AHMAD,

                    Plaintiff,

      -against-

NEW YORK UNIVERSITY, SCOTT
MELLYNCHUK, and DOUG LAZZARO,

                    Defendants.

Case No. 1:22-cv-01248 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 17, 2026, the parties informed the Court that they had reached an agreement to settle and planned to "file a stipulation of dismissal after April 27, 2026." Dkt. 199 at 1. The parties have yet to file said stipulation. Accordingly, the parties are ORDERED to file their stipulation of dismissal by **May 8, 2026**.

Dated: May 5, 2026
      New York, New York

                          SO ORDERED.

                        _____
                        JENNIFER L. ROCHON
                        United States District Judge